UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCIS TOLENTINO,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>U.S. CITIZENSHIP &<br>IMMIGRATION SERVICES, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C16-0451JLR<br><br>ORDER |

Plaintiff Francis Tolentino brings this action pursuant to the Administrative Procedures Act ("the APA") and contends that Defendants erred in denying his petition to classify a Convention[1] adoptee as an immediate relative. (*See* Am. Compl. (Dkt. # 23) ¶¶ 8.1-9.2; JSR (Dkt. # 11) at 2.) The court has reviewed the parties' joint status report ("JSR"). (*See* JSR.) In their JSR, the parties state that "[b]ecause this action is brought

---

[1] The Convention on Protection of Children and Cooperation in Respect of Intercountry Adoption, May 29, 1993, 32 I.L.M. 1134 (the "Hague Adoption Convention"). (*See* MTD (Dkt. # 18) at 2; Compl. (Dkt. # 1) ¶ 7.4 (referring to "The Hague Adoption Convention").)

ORDER - 1

| | |
|---|---|
| 1 | under the APA, the case will be decided on the administrative record, and discovery is |
| 2 | not appropriate." (*Id.* at 3.) In addition, the parties represent that a trial date and other |
| 3 | pretrial-related matters are not applicable. (*See id.* at 5). The court recently granted Mr. |
| 4 | Tolentino's motion to amend his complaint and denied Defendants' motion to dismiss |
| 5 | Mr. Tolentino's original complaint as moot. (Order (Dkt. # 22).) On May 15, 2017, |
| 6 | Plaintiff filed his amended complaint. (*See* Am. Compl.) Accordingly, the court |
| 7 | ORDERS the parties to file another JSR within ten (10) days of the entry of this order. |
| 8 | Given the parties' representations that this matter can be resolved without a trial, the |
| 9 | second JSR must set forth a reasonable proposal for the court's resolution of this matter |
| 10 | on the merits. |

Dated this 17th day of May, 2017.

JAMES L. ROBART
United States District Judge