District Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| FRANCIS TOLENTINO,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP & IMMIGRATION SERVICES; et al.,<br><br>    Defendants. | Case No. 2:16-cv-451-JLR<br><br>STIPULATED MOTION FOR EXTENSION OF TIME<br><br>**Noted on Motion Calendar:**<br>**May 26, 2017** |

## JOINT STIPULATION

The parties here by jointly STIPULATE AND AGREE to extend by two weeks the deadline for Defendants' response to the Amended Complaint. Upon approval by the Court, the response deadline shall be extended to June 12, 2017.

**SO STIPULATED**.

Dated this 26th day of May, 2017.

        *s/ William Frick (by wme w/consent)*
        WILLIAM FRICK, WSBA No. 26648
        Law Office of William Frick
        701 Millennium Tower
        719 Second Avenue
        Seattle, Washington 98104
        Phone: 206-286-0167
        Email: william@fricklawfirm.info

        *Attorney for Plaintiff*

**SO STIPULATED.**

Dated this 26th day of May, 2017.

                        CHAD A. READLER
                        Acting Assistant Attorney General
                        Civil Division

                        WILLIAM C. PEACHEY
                        Director
                        Office of Immigration Litigation
                        District Court Section

                        HANS H. CHEN
                        Senior Litigation Counsel
                        Office of Immigration Litigation

                        */s/ Manning Evans*
                        W. MANNING EVANS, Cal. Bar No. 142446
                        Senior Litigation Counsel, District Court Section
                        Office of Immigration Litigation
                        U.S. Department of Justice, Civil Division
                        P.O. Box 868, Ben Franklin Station
                        Washington, D.C. 20044
                        Telephone: (202) 616-2186
                        Fax: (202) 305-4829
                        Email: Manning.Evans@usdoj.gov

                        *Attorneys for Defendants*

## **ORDER**

IT IS SO ORDERED.

Dated this 30th day of May, 2017.

                                                *[signature]*
                                      JAMES L. ROBART
                                      United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which in turn provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

/s/ Manning Evans
W. MANNING EVANS
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

STIPULATED MOTION FOR EXTENSION OF TIME
[Case No. 2:16-cv-451-JLR]- 3