District Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE, WASHINGTON

| | |
|---|---|
| FRANCIS TOLENTINO, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government; et. al Defendants. | CASE NO. 2:16-cv-00451 <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S THIRD UNOPPOSED MOTION FOR FOURTEEN DAY EXTENSION OF TIME TO SUBMIT MOTION FOR SUMMARY JUDGMENT |

Upon consideration of Plaintiff's Third Unopposed Motion for 14-Day Extension of Time to File Opposition to Motion for Summary Judgment, the Court hereby ORDERS that Plaintiff's Motion be *Granted*.

[Proposed] Order - 1

WILLIAM FRICK
ATTORNEY AT LAW
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
206.286.0167 (voice)
206.770.7215 (fax)
william@fricklawfirm.info

The Court sets the following schedule:

1. Plaintiff's Motion for Summary Judgment is due **August 28, 2017.**

2. Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion is due on **October 9, 2017.**

3. Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiff's optional Reply is due on **October 23, 2017.**

4. Defendants' optional Reply is due on **November 6, 2017.**

DATED this 16th day of August 2017.

_____
HONORABLE JAMES L. ROBART

[Proposed] Order - 2

WILLIAM FRICK
ATTORNEY AT LAW
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
206.286.0167 (voice)
206.770.7215 (fax)
william@fricklawfirm.info