UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

1

2

3

4

5

6

7  FRANCIS TOLENTINO,                    )    Case No. 2:16-cv-00451-MJP
                                         )
8            Plaintiff,                  )
                                         )
9        vs.                             )    ██████████ ORDER
                                         )
10                                       )
   U.S. CITIZENSHIP &                    )
11 IMMIGRATION SERVICES;                 )
   et al.,                               )
12                                       )
             Defendants.                 )
13 _____      )

14

15       Upon due consideration of Defendants' Unopposed Motion for Extension of Time

16 in which to File Cross-Motion for Summary Judgment and Opposition to Plaintiff's

17 Motion, filed October 9, 2017, and good cause appearing, the Court GRANTS the motion.

18 Defendants' Cross-Motion and Opposition is due October 23, 2017, and shall be noted for

19 December 1, 2017.

20       Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's

21 optional Reply is due November 6, 2017.

22       Defendants' optional Reply is due November 20, 2017.

23 / / /

24 / / /

25

26

27

28

1    DATED this 17th. day of October, 2017.

2

3

4                                    The Honorable Marsha J. Pechman
                                     United States District Judge
5

6

7

8    *Presented by:*

9    s/ W. Manning Evans
10   W. Manning Evans, CA #142446
     Senior Litigation Counsel
11   United States Department of Justice
12   Office of Immigration Litigation, District Court Section
     P.O. Box 868, Ben Franklin Station
13   Washington, D.C. 20044
14   Tel.: (202) 616-2186
     Email: Manning.Evans@usdoj.gov
15   *Attorney for Defendants*
16

17

18

19

20

21

22

23

24

25

26

27

28