Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

FRANCIS TOLENTINO,

Plaintiff,

vs.

U.S. CITIZENSHIP &
IMMIGRATION SERVICES,
an agency of the United
States government; et al.,

Defendants.

CASE NO. 2:16-CV-00451

PLAINTIFF'S
UNOPPOSED MOTION TO
VOLUNTARILY DISMISS

Note on Motion Calendar:
December 1, 2017

Plaintiff, Francis Tolentino, through counsel,

respectfully motions this Court for permission,

pursuant to FRCP 41(a), to voluntarily dismiss this

Plaintiff's Motion for Voluntary Dismissal - 1

WILLIAM FRICK
ATTORNEY AT LAW
719 Second Avenue
Suite 701
Seattle, Wash. 98104
206.286.0167 (voice)
206.770.7215 (fax)
william@fricklawfirm.info

case, with prejudice, regarding the USCIS decision dated January 19, 2017, and without prejudice to future actions based upon a future-filed USCIS petition.

Plaintiff has recently retained new legal counsel in the Philippines who, on information and belief, will be presenting Plaintiff's case to the Philippines Inter-Country Adoption Board (ICAB), and seeking approval from that organization, despite the impediments to approval that were identified by previous his legal counsel in the Philippines, and have been alleged by the Complaint in this case.

A newly-available ruling by the ICAB – obtained by newly-retained counsel – will allow Mr. Tolentino the opportunity cure the issues in dispute in this case, and re-file a new international adoption application with the USCIS.

Plaintiff's Motion for Voluntary Dismissal - 2

WILLIAM FRICK
ATTORNEY AT LAW
719 Second Avenue
Suite 701
Seattle, Wash. 98104
206.286.0167 (voice)
206.770.7215 (fax)
william@fricklawfirm.info

For the above-stated reason Plaintiff respectfully asks the Court to grant voluntary dismissal of this action, without prejudice to a future action, based upon a newly-filed USCIS application seeking to obtain an immigrant visa for his daughter.

Having conferred with opposing counsel, I am able to represent that Defendants consent to voluntary dismissal as set forth in this motion.

RESPECTFULLY SUBMITTED on this

13th day of November 2017.

/s/ *William Frick*
_____
William Frick
Law Office of William Frick
719 Second Avenue  Suite 701
Seattle, Washington 98104
(206) 286-0167
(206) 770-7215 – Fax
E-mail: william@crossborders.us
Attorney for Plaintiff

Plaintiff's Motion for Voluntary Dismissal - 3

WILLIAM FRICK
ATTORNEY AT LAW
719 Second Avenue
Suite 701
Seattle, Wash. 98104
206.286.0167 (voice)
206.770.7215 (fax)
william@fricklawfirm.info

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant:

Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
202-307-4469 (tel.)
202-305-7000 (fax)

DATED this 13th day of November 2017.



/s/
_____
WILLIAM FRICK, WSBA 26648
Law Office of William Frick
719 Second Avenue   Suite 701
Seattle, Washington  98104
(206) 286-0167
(206) 770-7215 – Fax
E-mail:  william@crossborders.us

Plaintiff's Motion for Voluntary Dismissal - 4

WILLIAM FRICK
ATTORNEY AT LAW
719 Second Avenue
Suite 701
Seattle, Wash. 98104
206.286.0167 (voice)
206.770.7215 (fax)
william@fricklawfirm.info

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

**ORDER**

Plaintiff's Motion For Voluntary Dismissal is granted.

This matter is dismissed with prejudice to the specific USCIS visa application in dispute in this case dated January 19, 2017, but without prejudice to potential appeals of future applications seeking an immigrant visa for Plaintiff's child.

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this _14_ day of _November_, 2017.

HONORABLE Marsha J. Pechman

Plaintiff's Motion for Voluntary Dismissal - 5

WILLIAM FRICK
ATTORNEY AT LAW
719 Second Avenue
Suite 701
Seattle, Wash. 98104
206.286.0167 (voice)
206.770.7215 (fax)
william@fricklawfirm.info